# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD E. WILLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 1:18-cv-112-BLW**<br><br>**ORDER FOR DISMISSAL** |

This Court, having considered the parties' stipulation regarding the above-entitled action—and that action having been fully compromised and settled,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 14) is APPROVED and that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs and fees. The Clerk shall close this case.

DATED: August 7, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge